IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF A.R., A MINOR CHILD, DECEASED, AND TOMASA RODRIGUEZ INDIVIDUALLY AND ON BEHALF OF THE HEIRS OF A.R., | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-0533 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**ORDER**

The plaintiff's unopposed Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss is granted. The plaintiffs must respond to defendant's Motion to Dismiss no later than **June 14, 2010**. Argument will be held on the motion on **June 28, 2010 at 9:00 a.m.**

SIGNED on May 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge