# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF A.R., A MINOR CHILD, DECEASED, AND TOMASA RODRIGUEZ INDIVIDUALLY AND ON BEHALF OF THE HEIRS OF A.R., | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-533 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER

The plaintiff has moved to compel production of documents and responses to interrogatories. (Docket Entry No. 50). The plaintiffs have also asked this court to extend the time for them to reply to the motion for summary judgment filed by defendants Dave Muzyka and Crystal Evans until after this court has ruled on the motion to compel. (Docket Entry Nos. 51, 52).

To make the resolution of discovery disputes more efficient, this court's policies require that before filing any motion to compel, the party seeking the discovery should arrange for a conference with the court before the preparation and submission of the motion papers. To the extent the dispute can be disposed of on oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be set in the conference. Accordingly, the motion to compel, (Docket Entry No. 50), is stricken. A premotion conference to address the subject matter of the motion is set for **January 26, 2011, at 5:00 p.m.** in Courtroom 11-B.

The motions for extension of time (Docket Entry Nos. 51 and 52) are granted. The court will set the deadline for responding to the summary judgment motion at the hearing on the discovery dispute.

SIGNED on January 19, 2011, at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
United States District Judge