IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF A.R., A MINOR CHILD, DECEASED, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-0533 |
| TERRY B. GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, IN HIS OFFICIAL CAPACITY, *et al.*, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Defendant Houston Independent School District ("HISD") and the plaintiffs filed a joint motion to continue the trial date. (Docket Entry No. 110). The motion is granted. The joint pretrial order is due on March 21, 2013. The docket call is reset to March 28, 2013, at 2:00 p.m. Although the same dates are set for *Estate of C.A. v. Grier*, Civ. A. No. H–10-00531, for the convenience of counsel (who are the same in both cases), the proceedings will be kept separate and the trials will be separately scheduled.

SIGNED on November 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge