IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF A.R., A MINOR CHILD, DECEASED, AND TOMASA RODRIGUEZ INDIVIDUALLY AND ON BEHALF OF THE HEIRS OF A.R., | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-533 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER

The plaintiffs filed an unopposed motion for a continuance of the motion hearing scheduled for December 13, 2013. (Docket Entry No. 113). The motion is granted. The motion hearing is reset for **January 4, 2013, at 2:00 p.m.**

SIGNED on December 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge